UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO.: 3:00CR239 (AHN) |
| PLAINTIFF | : | |
| | : | |
| V. | : | |
| | : | |
| CRAIG BALDWIN, | : | |
| DEFENDANT | : | APRIL 9, 2007 |

## DEFENDANT CRAIG BALDWIN'S
## MOTION TO CONTINUE DATE OF SELF SURRENDER

The defendant, CRAIG BALDWIN, through counsel, respectfully moves the Court for a continuance of the date of self surrender in the above-entitled matter, which is currently scheduled for May 7, 2007. In support of said motion, defense counsel represents as follows:

1. The defendant was sentenced by the Court on March 5, 2007;

2. The Court ordered the defendant committed to the custody of the U.S. Bureau of Prisons for a term of ten (1) years, and granted the defendant's request to self-surrender. The Court set a self surrender date of May 7, 2007.

3. The defendant's paramour is due to give birth to the couples' child during the week of May 21, 2007, and the defendant wants to be present at the birth, and would like to assist his paramour once the baby is brought home. As a result,

the defendant respectfully requests that his self-surrender date be extended to the week of June 4, 2007.

4. Undersigned counsel has spoken to Assistant United States Attorney Alex Hernandez, who has indicated that he has no objection to the defendant's request.

5. No prior requests for extension of time to self surrender have been filed in this case.

WHEREFORE, the defendant CRAIG BALDWIN respectfully requests that his Motion to Continue Date of Self Surrender be granted.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
CRAIG BALDWIN

BY _____
Bruce D. Koffsky, Esq.
Koffsky & Felsen, LLC
1200 Summer Street
Suite 201B
Stamford, CT  06905
Tel.: 203-327-1500
Fax: 203-327-7660
Federal Bar No.: ct03772
E-mail: bkoffsky@snet.net

## CERTIFICATION

THIS IS TO CERTIFY that a copy of the foregoing has been mailed, via U.S, Mail, postage prepaid, this 9th day of April, 2007 to all counsel and pro se parties of record as follows:

Alex Hernandez, Esq.
Alina P. Marquez, Esq.
Assistant United States Attorneys
Office of the United States Attorney
915 Lafayette Boulevard
Bridgeport, CT  06604


_____
Bruce D. Koffsky